# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.                                            Criminal Action No. 3:19-CR-29
                                                          (GROH)

**MICHAEL KENNEDY,**

        Defendant.

## UNITED STATES' NOTICE OF
## SECOND RULE 16, SECOND JENCKS, AND SECOND GIGLIO DISCLOSURES

      Now comes the United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney for said District, and hereby provides notice of disclosure to defense counsel of its Second Rule 16, Second Jencks, and Second *Giglio* disclosures. The disclosures are comprised of three Eclipse viewers containing documents bates numbered US008168 through US008737.

                                                            Respectfully submitted,

                                                             WILLIAM J. POWELL
                                                             UNITED STATES ATTORNEY

                              By:      /s/ Jarod J. Douglas
                                         Jarod J. Douglas
                                         Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 19th day of June 2019, the foregoing UNITED STATES' NOTICE OF SECOND RULE 16, SECOND JENCKS, AND SECOND GIGLIO DISCLOSURES was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Byron Craig Manford, Esq.
> PO Box 3021
> Martinsburg, WV 25402
> *Counsel for Defendant*

I hereby certify further that on the 18th day of June 2019, the United States' Second Rule 16, Second Jencks, and Second Giglio disclosures were delivered electronically to defense counsel via USAfx.

> WILLIAM J. POWELL
> UNITED STATES ATTORNEY
>
> By:   /s/ Jarod J. Douglas
> Jarod J. Douglas
> Assistant United State Attorney

2