**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

       Plaintiff,

**v.**                                            Criminal Action No. 3:19-CR-29
                                                                       (GROH)

**MICHAEL KENNEDY,**

       Defendant.

**UNITED STATES' NOTICE OF
THIRD RULE 16, THIRD JENCKS, AND THIRD GIGLIO DISCLOSURES**

Now comes the United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney for said District, and hereby provides notice of disclosure to defense counsel of its Third Rule 16, Third Jencks, and Third <u>Giglio</u> disclosures. The disclosures are comprised of three Eclipse viewers containing documents bates numbered US008738 through US008821.

                                                   Respectfully submitted,

                                                   WILLIAM J. POWELL
                                                 UNITED STATES ATTORNEY

                          By:     <u>/s/ Jarod J. Douglas</u>
                                  Jarod J. Douglas
                                  Assistant U. S. Attorney

## **CERTIFICATE OF SERVICE**

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 17th day of September 2019, the foregoing UNITED STATES' NOTICE OF THIRD RULE 16, THIRD JENCKS, AND THIRD GIGLIO DISCLOSURES was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Byron Craig Manford, Esq.
> PO Box 3021
> Martinsburg, WV 25402
> *Counsel for Defendant*

I hereby certify further that on the 17th day of September 2019, the United States' Third Rule 16, Third Jencks, and Third Giglio disclosures were hand-delivered to defense counsel.

> WILLIAM J. POWELL
> UNITED STATES ATTORNEY
>
> By:   /s/ Jarod J. Douglas
>          Jarod J. Douglas
>          Assistant United State Attorney