# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

        Plaintiff,

**v.**                                                Criminal Action No. 3:19-CR-29
                                                             (GROH)

**MICHAEL KENNEDY,**

        Defendant.

## UNITED STATES' NOTICE OF FOURTH JENCKS DISCLOSURE

      Now comes the United States of America and William J. Powell, United States Attorney for the Northern District of West Virginia, by Jarod J. Douglas, Assistant United States Attorney for said District, and hereby provides notice of disclosure to defense counsel of its Fourth Jencks. The disclosure is comprised of two PDF documents bates numbered US008822 through US008824.

                                                   Respectfully submitted,

                                                   WILLIAM J. POWELL
                                                 UNITED STATES ATTORNEY

                                 By:    /s/ Jarod J. Douglas
                                          Jarod J. Douglas
                                          Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 18th day of September 2019, the foregoing UNITED STATES' NOTICE OF FOURTH JENCKS DISCLOSURE was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Byron Craig Manford, Esq.
PO Box 3021
Martinsburg, WV 25402
*Counsel for Defendant*

I hereby certify further that on the 18th day of September 2019, the United States' Fourth Jencks disclosure was hand-delivered to defense counsel.

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:  /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United State Attorney