IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                        **Criminal Action No. 3:19-CR-29 (GROH)**

**MICHAEL KENNEDY,**

    Defendant.

### UNITED STATES' PROPOSED VERDICT FORM

Now comes the government, by and through the undersigned attorneys, and submits this proposed Verdict Form.

### Count One

1. With respect to Count One, the charge of deprivation of rights under color of law, in violation of 18 U.S.C. § 242, we find the defendant, Michael Kennedy:

    Guilty  _____          Not Guilty  _____

**INSTRUCTION**: Complete 1(a) only if your finding for Count One was "guilty."

1(a). With regard to the Violation charged in Count One, we find that the offense

    Did  _____          Did Not  _____

result in bodily injury to J.H.

        Respectfully submitted,

        WILLIAM J. POWELL
        UNITED STATES ATTORNEY

By:    /s/ Jarod J. Douglas
        Jarod J. Douglas
        Assistant United States Attorney

And

        /s/ Christine M. Siscaretti
        Christine M. Siscaretti
        Trial Attorney
        Civil Rights Division
        United States Department of Justice

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 19th day of September 2019, the foregoing UNITED STATES' PROPOSED VERDICT FORM was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Byron Craig Manford, Esq.
PO Box 3021
Martinsburg, WV 25402
*Counsel for Defendant*

By: /s/ Jarod J. Douglas
Jarod J. Douglas
Assistant United States Attorney