**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                          **CRIMINAL ACTION NO.: 3:19-CR-29
(GROH)**

**MICHAEL KENNEDY,**

    Defendant.

## ORDER RESCHEDULING TRIAL

Trial in the above-styled criminal matter is currently scheduled to commence on October 8, 2019. Based upon availability on the Court's docket, the Court hereby **RESCHEDULES** trial to begin on **October 7, 2019, at 9:00 a.m. in the Martinsburg District Judge Courtroom**.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein and the United States Marshals Service.

**DATED:** September 20, 2019

                                                                         GINA M. GROH
                                                                         CHIEF UNITED STATES DISTRICT JUDGE