**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**                                                  **Criminal Action No. 3:19-CR-29
(GROH)**

**MICHAEL KENNEDY,**

Defendant.

**STIPULATIONS**

Now come the parties to this action and hereby stipulate that the following exhibits are authentic and admissible:

a.     Government Exhibit Number 2, Dashboard Camera Video from Cruiser of Berkeley County Sheriff's Office Deputy Christopher Merson, November 18-19, 2018, Clip from 2:40 to 7:12;

b.     Government Exhibit Number 3, Dashboard Camera Video from Cruiser of Berkeley County Sheriff's Office Deputy David Ritchie, November 18-19, 2018, Clip from 1:55 to 5:10;

c.     Government Exhibit Number 4, Dashboard Camera Video from Cruiser of Berkeley County Sheriff's Office Deputy David Ritchie, November 18-19, 2018, Clip from 6:30 to 7:30;

d.     Government Exhibit Number 6, Microsoft PowerPoint Presentation titled Police Use of Force, West Virginia State Police Academy Cadet Class Curriculum for

1

Defendant; and

e.      Government Exhibit Number 8, Dashboard Camera Video from Cruiser of Berkeley County Sheriff's Office Deputy Christopher Merson, November 18-19, 2018, Clip from 4:50 to 7:13.

The parties further stipulate that the following exhibits are authentic but subject to the Court's ruling regarding their admissibility:

f.      Defendant Exhibit Number 1, Berkeley County Emergency Authority Report for J. H. (Victim) November 19, 2018; and

g.      Defendant Exhibit Number 2, Berkeley Medical Center Medical Records for J. H. (Victim) November 19, 2018.

h.      Defendant Exhibit Number 3, Entire Dashboard Camera Video from Cruiser of Berkeley County Sheriff's Office Deputy Christopher Merson, November 18-19, 2018.

WILLIAM J. POWELL
UNITED STATES ATTORNEY

By:

Jarod J. Douglas
Assistant United States Attorney

Christine M. Siscaretti
Trial Attorney
Civil Rights Division
U.S. Department of Justice

2

B. Craig Manford
Counsel for Defendant

Michael Kennedy, Defendant

3