| AO 435<br>(Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>TRANSCRIPT ORDER | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions:*

| 1. NAME<br>Stacy Walters | 2. PHONE NUMBER<br>(304) 234-0100 | 3. DATE<br>10/10/2019 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>Stacy.M.Walters@usdoj.gov | 5. CITY<br>Wheeling | 6. STATE<br>WV | 7. ZIP CODE<br>26003 |
| 8. CASE NUMBER<br>3:19CR29 | 9. JUDGE<br>Groh | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/7/2019 | 11. TO 10/7/2019 |
| 12. CASE NAME<br>US v. Kennedy | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Martinsburg | 14. STATE WV |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Luther Brown, Andrew Galotti | 10/7/2019 |
| [ ] OPENING STATEMENT (Defendant) | | David Lee, Ryan Colb | and Austin Ennis |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES 1 | 135 | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL   0.00  654 75

| 18. SIGNATURE<br>/s/ Stacy Walters | PROCESSED BY |
|---|---|
| 19. DATE<br>10/10/2019 | PHONE NUMBER<br>(304) 234-0100 |
| TRANSCRIPT TO BE PREPARED BY<br>Kate Slayden | COURT ADDRESS<br>218 W. King Street<br>Martinsburg, WV 25401 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00  654 75 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY